# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-3068
LT Case No.  2011-CF-1453

_____

ERIC T. FRAZIER,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

3.850 Appeal from the Circuit Court for Clay County.
James E. Kallaher, Judge.

Eric T. Frazier, Cross City, pro se.

No Appearance for Appellee.

December 5, 2023

PER CURIAM.

AFFIRMED.

LAMBERT, KILBANE, and PRATT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____